AO 91 (Rev. 11/11) Criminal Complaint



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 25CR634 |
|---|---|
| v. | |
| COLE SHERIDAN | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about October 3, 2025, at Broadview, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a)(1) | Forcibly assaulting, resisting, opposing, impeding, and interfering with a federal officer |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Jennifer S. Finerty /by HKM*

Jennifer S. Finerty
Supervisory Special Agent
Homeland Security Investigations

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 4, 2025      at 8:48 a.m.

*Heather K. McShain*
*Judge's signature*

City and state: Chicago, Illinois

Heather K. McShain
*U.S. Magistrate Judge*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Jennifer Finerty, being duly sworn, state as follows:

1. I am a Supervisory Special Agent with the Homeland Security Investigations (HSI), and I have been so employed since April 2020. I have been a Special Agent with HSI since January 2004. My current responsibilities include the investigation of immigration and customs law violations, as well as child exploitation investigations and investigations into transnational criminal organizations that sexual exploit minors, human smuggling, trafficking, money laundering, and national security offenses.

2. This affidavit is submitted in support of a criminal complaint alleging that COLE SHERIDAN has violated Title 18, United States Code, Section 111. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SHERIDAN with forcibly assaulting, resisting, opposing, impeding, and interfering with a federal officer, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with

knowledge regarding relevant facts, my review of video footage, and my training and experience.

## FACTS SUPPORTING PROBABLE CAUSE

4. On or about October 3, 2025, at approximately 9:15 a.m., I observed Border Patrol Agents (BPAs) with United States Customs and Border Protection (CBP), Enforcement and Removal Officers (ERO) with U.S. Immigration & Customs Enforcement (ICE), Special Agents with Homeland Security Investigations, and other law enforcement clearing the road into and out of the Broadview Service Staging Area (BSSA), an ICE facility used to process individuals apprehended for being unlawfully present in the United States, and surrounding areas in Broadview, Illinois.

5. I was present on scene and observed many protestors in the area of South 25th Avenue at Harvard Street, blocking and crowding the intersection as law enforcement officers were clearing a path for the exit and entry of law enforcement vehicles onto Harvard Street, which leads to the BSSA, in the performance of their official duties.

6. I also reviewed body-worn camera footage from Border Patrol Agent A regarding various arrests made on October 3, 2025. In the video, at approximately 9:23 a.m., Border Patrol Agents encountered SHERIDAN in a grassy area near the entrance to the BSSA parking lot from Harvard Street and 25th Avenue in Broadview. In the body camera video, I observed that the Officers in contact with SHERIDAN wore vests clearly marked with the words "Police" and either "U.S. Border Patrol" and/or "HSI" on their vests.

7. At approximately the 16:04 minute marker on the body-worn camera of Border Patrol Agent A, I observed a tall Caucasian male with red hair (later identified as SHERIDAN), wearing a white helmet and a white multicolored respirator, as well as with a black shirt and black pants, standing with his hands across his body. BPAs, specifically Border Patrol Agent A, are heard in the video directing SHERIDAN to move back. In the video, at one point after Border Patrol Agent A attempts to move SHERIDAN back by nudging his elbow, SHERIDAN responds by picking his hand up and putting it back into the crossed position in a shrug manner and does not move back.

8. Based on my review of Border Patrol Agent A's body-worn camera, Border Patrol Agent B specifically instructed SHERIDAN to move back several more times. Border Patrol Agent B and other BPAs provided verbal commands, with Border Patrol Agent B saying, "Move back or you're under arrest."

9. While others followed the agents' direction, SHERIDAN is seen in the video not moving and is heard on the recording saying back, "There are people behind me, you fucking idiot."

10. Border Patrol Agent A is then seen in the video putting his hand on the chest area of SHERIDAN in an attempt to move him back.

11. Border Patrol Agent A stated that SHERIDAN did not obey commands, appeared to lock arms with other protestors on scene, and from his peripheral vision looked like he took a swing at Border Patrol Agent B. Border Patrol Agent A further stated that he witnessed SHERIDAN push Border Patrol Agent B back when Border

3

Patrol Agent B attempted to push SHERIDAN back. Border Patrol Agent A stated that he further witnessed Border Patrol Agent B falling forward and assisted Border Patrol Agent B with the arrest of SHERIDAN.

12. Border Patrol Agent B stated that he recalled SHERIDAN as a protestor around 9:30 to 10:00 a.m., to whom he provided verbal commands to several times to move back as he was attempting to clear the entry and exit way into Harvard St. and South 25th Avenue., leading to the BSSA. Border Patrol Agent B stated that Law Enforcement Officers were attempting to clear a path for the safe entry and exit of law enforcement vehicles, to secure a safe environment.

13. Border Patrol Agent B stated that SHERIDAN was actively resisting verbal commands and physical attempts by law enforcement to move him back. Border Patrol Agent B stated that he then physically attempted to move SHERIDAN back with his hands. Border Patrol Agent B stated that SHERIDAN pushed him back, and that is when Border Patrol Agent B and other Law Enforcement Officers brought SHERIDAN down onto the ground and placed SHERIDAN under arrest. Border Patrol Agent B recalled that the arrest took place on a grassy area near Harvard Street and South 25th Avenue in Broadview. Border Patrol Agent B stated that SHERIDAN did not actively swing at him but pushed back and resisted him.

14. SHERIDAN is also seen in the body-worn camera footage being brought to the ground by Border Patrol Agent B, assisted by several other officers, and placed in custody.

## CONCLUSION

15. Based on the above information, I submit that there is probable cause to believe that on or about October 3, 2025, Cole SHERIDAN did forcibly assault, resist, oppose, impede, and interfere with any person designated in section 111 of this title while engaged in or on account of the performance of official duties, and such acts involved physical contact with the victims. I therefore respectfully request that this Court issue a criminal complaint charging SHERIDAN with a violation of Title 18, United States Code, Section 111.

FURTHER AFFIANT SAYETH NOT.

*Jennifer S. Finerty /by HKM*

Jennifer S. Finerty
Supervisory Special Agent
Homeland Security Investigations

SWORN TO AND AFFIRMED by telephone October 4, 2025.

*Heather K. McShain*

Honorable Heather K. McShain
United States Magistrate Judge

5