UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> COLE SHERIDAN | No. 25 CR 634 <br><br> Chief Judge Virginia M. Kendall |

**MOTION FOR AN EXTENSION OF TIME
TO SEEK AN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), for a 5-day extension of time, to and including November 7, 2025, in which to seek the return of an indictment against defendant COLE SHERIDAN, for the following reasons:

1. On October 3, 2025, the government arrested the defendant for forcibly assaulting, resisting, opposing, impeding, and interfering with a federal officer while engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1), and on October 4, 2025 charged him by complaint with that offense.

2. On October 6, 2025, the defendant had his initial appearance and a detention hearing before Magistrate Judge Heather McShain and was released on his own recognizance. Dkt. 8. On October 9, 2025, Magistrate Judge McShain conducted a preliminary hearing in this matter, and on October 10, 2025, found that with the exception of "assault" there was probable cause to believe the offense alleged in the

1

complaint was committed by defendant Sheridan, and ordered the defendant bound over to the District Court for further proceedings. Dkt. 14.

3. As detailed in the attached Exhibit A, which the government requests be placed under seal, certain factors have led to the government's request for an extension. This motion is not for the purpose of undue delay. The government has been diligent in its investigation and needs the additional time to finalize its presentation of this matter to the Grand Jury.

4. The United States submits that a 5-day extension from the earliest speedy-trial clock expiration date of November 3, 2025, to and including November 7, 2025, will be sufficient time within which to return an indictment.

5. Among the factors identified by Congress as relevant to the determination whether time should be extended for indictment are those set forth in 18 U.S.C. § 3161(h)(7)(B), which provide in relevant part:

> (i) Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.
>
> (iv) Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

6. The government respectfully submits that a continuance is warranted in this case pursuant to the foregoing provisions. The government has been

2

conducting a diligent and thorough investigation, but the additional factors cited in Exhibit A warrant an extension of time.

WHEREFORE, the United States respectfully requests a 5-day extension of time from November 3, 2025 to and including November 7, 2025, in which to seek an indictment in this matter.

Dated: October 31, 2025

                Respectfully submitted,

                ANDREW S. BOUTROS.
                United States Attorney

By:   /s/ *William R. Hogan, Jr.*
        WILLIAM R. HOGAN, JR.
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5300