UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COLE SHERIDAN | No. 25 CR 634<br><br>Magistrate Judge Heather McShain |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the complaint in this matter.

Dated: November 3, 2025

Respectfully submitted,

ANDREW S. BOUTROS.
United States Attorney

By: /s/ *William R. Hogan, Jr.*
WILLIAM R. HOGAN, JR.
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

1